**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**THOMAS S. PURSER,**

      **Plaintiff,**

**vs.**                                                    **No. CIV 08-1029 JP/WDS**

**MICHAEL J. ASTRUE, Commissioner**
**of the Social Security Administration,**

      **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATIONS**

    **THIS MATTER** came before the Court on Plaintiff's Motion to Reverse or Remand

Administrative Agency Decision (Docket No. 14) and Defendant's Response thereto. Having

reviewed the record de novo and considered the United States Magistrate Judge's Report and

Recommendations, to which neither party filed objections, and being otherwise fully advised, I find

that the Motion to Reverse or Remand Administrative Agency Decision should be granted.

    **WHEREFORE, IT IS ORDERED** that the findings and recommendations of the United

States Magistrate Judge are adopted.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse or Remand Administrative

Agency Decision (Docket No. 14) is **GRANTED**.

                                  *James A. Parker*
                           _____
                           **HON. JAMES A. PARKER**
                           **UNITED STATES DISTRICT JUDGE**