IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS S. PURSER,

     Plaintiff,

vs.	CIVIL NO. 08-1029 JP/WDS

MICHAEL J. ASTRUE,
COMMISSIONER OF SSA,

     Defendant.

### AWARD OF ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)(1)

**THIS MATTER** comes before the court on Plaintiff's attorney's Motion for an award of Attorneys Fees pursuant to 42 U.S.C. §406(b)(1). [Docket No. 28]. Defendant declines to assert a position with regard to the reasonableness of the requested award, and instead advises the court to fulfill its duty to review the request to insure its reasonableness.

### Findings

The court, having reviewed the file and being otherwise fully advised, **FINDS** as follows:

(1)    Plaintiff's attorney is entitled to an award of attorneys fees pursuant to 42 U.S.C. §406(b).

(2)    Fees awarded pursuant to 42 U.S.C. §406(b), when combined with fees paid or payable by the Commissioner pursuant to 42 U.S.C. §406(a), may not exceed 25% of past due benefits.

(3)    Plaintiff was awarded One Hundred Thirty Eight Thousand Five Hundred Nine and 80/100s Dollars ($138,509.80) in past due benefits.

(4)    Fees awarded by this court pursuant to 42 U.S.C. §406(b), when combined with fees paid or payable by the Commissioner pursuant to 42 U.S.C. §406(a), may not exceed

       Thirty Three Thousand Seven Hundred Sixty Nine and 50/100s Dollars ($33,769.50).

(5)     Plaintiff's attorney has or will receive from the Commissioner the amount of Six Thousand Dollars ($6,000.00) pursuant to 42 U.S.C. §406(a).

(6)     In light of the award paid or payable pursuant to 42 U.S.C. §406(a), the fee sought by Plaintiff's attorney, Twenty Seven Thousand Seven Hundred Sixty Nine and 50/100s Dollars ($27,769.50), is the maximum fee that can be paid pursuant to 42 U.S.C.§406(b).

(7)     Plaintiff's attorney provided quality representation and was not responsible for any delay in the resolution of this matter.

(8)     The amount of benefits paid to Plaintiff was not so large in comparison to the time expended by his attorney as to require a further reduction of fees.

## Order

Plaintiff's attorney is awarded fees in the amount of Twenty Seven Thousand Seven Hundred Sixty Nine and 50/100s Dollars ($27,769.50) for services rendered to Plaintiff in this court. Plaintiff's attorney shall reimburse to Plaintiff those fees previously awarded under the Equal Access to Justice Act.

_____
W. Daniel Schneider
United States Magistrate Judge